**In re: L. Darrell BEVAN; In re: Patricia F. Bevan, Debtors,**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. The parties do not dispute that there was a contract and that it was breached by Williams.

**Socal Communications Sites, LLC, Plaintiff–Appellant,**

v.

**L. Darrell Bevan; Patricia F. Bevan, Defendants–Appellees.**

No. 01–56033.

D.C. No. CV–00–00931–VAP.

United States Court of Appeals, Ninth Circuit.

Submitted June 6, 2002.*

Decided June 19, 2002.

Before FERNANDEZ, WARDLAW, and W. FLETCHER, Circuit Judges.

MEMORANDUM**

Socal Communications Sites, LLC, appeals the district court's decision affirming the bankruptcy court's determination that debtors L. Darrell Bevan and Patricia F. Bevan had an absolute right to voluntarily dismiss their Chapter 13 bankruptcy petition. We affirm.

The bankruptcy court was correct because 11 U.S.C. § 1307(b) provides that "[o]n the request of the debtor at any time, if the case has not been converted . . . , the court shall dismiss a case under this chapter," and we have said that means that the "debtor has an absolute right to dismiss a Chapter 13 petition." *Nash v. Kester (In re Nash)*, 765 F.2d 1410, 1413 (9th Cir. 1985); *see also Beatty v. Traub (In re*

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*Beatty)*, 162 B.R. 853, 857 (9th Cir.BAP 1994). Even though Socal Communications had moved to convert, the Bevans made their request for dismissal before conversion took place.

AFFIRMED.

